379 MADISON AVENUE, INC., Respondent, *v.* THE STUYVE-
SANT COMPANY, Appellant.

(Argued June 7, 1935; decided July 11, 1935.)

*Manheim Rosenzweig* and *James Carroll* for appellant.
*Seth B. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, JJ.